IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACE EUROPEAN GROUP, LTD., as successor in interest to Eldercare Mutual Insurance Company Risk Retention Group,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INFINIA HEALTHCARE COMPANIES, LLC, INFINIA AT FLORENCE HEIGHTS, INC., INFINIA II, INC., INFINIA HEALTH CARE GROUP, INC., and INFINIA HEALTH CARE, LLC,<br><br>　　　　　Defendants. | 8:10CV144<br><br>ORDER |

　　　　This matter is before the court on the parties' joint motion to stay this action. Filing No. 27. The parties have represented to this court that the state court action known as the "Anderson Litigation" has settled. The parties indicate it will take approximately six months to finalize all of the settlement documents in state court. After the state case is closed, the plaintiff will file a motion to dismiss this action. The court finds the motion should be granted.

　　　　THEREFORE, IT IS ORDERED:

　　　　1. The motion to stay this action, Filing No. 27, is granted;

　　　　2. The plaintiff shall file a status report every sixty days updating the court of the settlement progress; and

　　　　3. All currently pending motions, Filing No. 15 for default judgment and Filing No. 21 to intervene, are denied as moot and are subject to reassertion if necessary.

　　　　DATED this 19th day of July, 2010.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.